METROPOLITAN STEAM LAUNDRY CO., Respondent, v. CHATFIELD, Appellant.

(Common Pleas of New York City and County, General Term.  March 1, 1894.)

Appeal from sixth district court.

Action by the Metropolitan Steam Laundry Company against John Chatfield.

Argued before BISCHOFF and GIEGERICH, JJ.

F. A. Wilcox, for appellant.

C. D. Rust, for respondent.

No opinion.  Judgment reversed, new trial ordered, with costs to abide the event.

---

STEUER, Appellant, v. BOFINGER, Respondent.

(Common Pleas of New York City and County, General Term.  March 1, 1894.)

Appeal from fourth district court.

Action by John Steuer against Gustave P. Bofinger.

Argued before BISCHOFF and GIEGERICH, JJ.

C. J. Schampain, for appellant.

S. Muller, for respondent.

No opinion.  Judgment affirmed, with costs.

---

STEARN, Appellant, v. HESDORFER, Respondent.

(Common Pleas of New York City and County, General Term.  March 5, 1894.)

Action by Bertha Stearn against Louis Hesdorfer.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

Hayman & Rosenthal, for appellant.

M. A. Kurscheedt, for respondent.

No opinion.  Motion to affirm judgment for nonservice of printed papers on appeal denied, without costs.

---

STEVENS et al., Appellants, v. ANDREAS, Respondent.

(Common Pleas of New York City and County, General Term.  March 5, 1894.)

Appeal from judgment on report of referee.

Action by Frank A. Stevens and another against Maria W. Andreas.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

J. Larkin, for appellants.

Morse & Wensley, for respondent.

No opinion.  Motion to dismiss appeal for nonservice of printed papers granted.